MHN

RECEIVED
7-28-2009
JUL 28 2009

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Stevie Jackson

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

09 C 4553
Judge Rebecca R. Pallmeyer
Magistrate Martin C. Ashman

Cook County
Tom, Dart
Salvador Godinez
Supt. Div. 10 et AL
Supt. Thomas Div. 9
INV. Earnst

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

Stevie Jackson

v.

INVst. John Stella

INVst. John Kerlin

Capt. Martinez DIV. 10 7:Am to 3:pm 2008

C/O Wright DIV. 10 7:Am to 3:pm 2008

C/O Woods-fugate DIV. 10 7:Am to 3:pm 2008

C.R.W. Supervisor (MR. Warren)

LT. Earl tucker DIV. 10 7:Am to 3:pm 2008

Ms. L Hooper Sup.

Ms. V. Alexander Asst. Adm.

MR. mueller C.R.W. Sup.

Ms. Bowers C.R.W.

Ms. Graham C.R.W.

**I. Plaintiff(s):**

A. Name: Stevie Jackson

B. List all aliases: Darrick Jackson

C. Prisoner identification number: B63752

D. Place of present confinement: Stateville C/C

E. Address: P.O. box 112 Joliet, IL. 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Cook County

Title: Municipality

Place of Employment: County Bldg.

B. Defendant: Tom Dart

Title: Sheriff of Cook County Jail

Place of Employment: County Bldg.

C. Defendant: Salvador Godinez

Title: Director of the cook county Jail

Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. Defendant: Supt. Div. 10 [illegible]
title: Supt. Div. 10 Sept. 2007 thru Aug. 2008
Place of Employment: Cook County Jail

E. Defendant: MR. Thomas
title: Supt. Div. 9 2008
Place of Employment: Cook County JAIL

F. Defedant: MR. Earnst
title: Investigator (I.A.D)
Place of Employment: Cook County Jail

G. Defendant: MR. John Stella
title: Investigator (I.A.D)
Place of Employment: Cook County Jail

H. Defendant: MR. John Kerlin
title: Investigator (I.A.D.)
Place of Employment: Cook County Jail

I. Defendant: MR. Martinez
title: Capt. Div. 10
Place of Employment: Cook County Jail

J. Defendant: MR. Wright
title: C/O - Correctional officer
Place of Employment: Cook County Jail

K. Defendant: MS. Fugate-Woods
title: Correctional officer
Place of Employment: Cook County Jail

L. Defendant: MR. Warren
title: C.R.W. Supervisor
Place of Employment: Cook County JAIL

M. Defendant: MR. Earl Tucker
title: LT.
Place of Employment: Cook County Jail

N. Defendant: MS. Hooper
title: Supervisor (LAW library)
Place of Employment: Cook County Jail

O. Defendant: MS. V. Alexander
title: Asst. Adm.
Place of Employment: Cook County JAIL

P. Defendant: MR. Mueller
title: C.R.W. Supervisor
Place of Employment: Cook County JAIL

Q Defendant: MS. Bowers
title: C.R.W. Person
Place of Employment: Cook County JAIL

R. Defendant: MS. Graham
title: C.R.W. Person
Place of Employment: Cook County Jail

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Stevie Jackson -VS- City of chicago, et al. 07C7066

B. Approximate date of filing lawsuit: Dec. 17, 07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:

Stevie Jackson

D. List all defendants: City of Chicago, Supt. Phil CLINE, SGT. Bates, Officer Loffredo, Officer Singleton

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court - Norther Dist of IL.

F. Name of judge to whom case was assigned: Judge Andersen

G. Basic claim made: Police brutality - falsely Incarcerati

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

Still Pending

I. Approximate date of disposition:

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and Docket Number: Steve Jackson -vs- Tom Dart, et al. 08 CV 2520

B. Approximate date of filing lawsuit: May 2, 2008

C. List all Plaintiff (if you had co-plaintiffs), including any aliases: Steve Jackson

D. List all Defendants: Tom Dart, Salvador Godinez, Supt. Andrews, V. Alexander, Ms. Hooper, Ms Sankey, Ms Roshonda Carroll, Mr. Warren, Mr. Martinez, Mr. Mueller, C/O Fugate-Woods, Ms. Jackson.

E. Court in wich the Lawsuit was filed (if federal court, Name the District: if State Court; Name the County): U.S. District Court - Nothern district of Illinois

F. Name of Judge to whom case was assigned: Judge Pallmeyer

G. Basic claim made: Reading and taking my Legal mail from me. Not honoring my court order. Spreading Rumors.

H. Disposition of this case (for example: was the case Dismissed? was it Appealed? is it still pending?) [redacted] Settled

I. Approximate date of Disposition: As of [redacted], still Pending

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Stevie Jackson V. Thomas Dart 08CV5590

B. Approximate date of filing lawsuit: OCt. 1, 2008

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Supt. Plaxico, Supt. Andrews, Supt. Figliulo, ~~Supt.~~ [redacted] C/O Robinson, C/O, LT. Page, SGt. Lewis, Chief Moreci

D. List all defendants: Stevie Jackson

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. Dist. Court - Northern Dist. of IL.

F. Name of judge to whom case was assigned: Judge Pallmeyer

G. Basic claim made: Cook County officers allowing INmates to beat me

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: ________

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Stevie Jackson v Cook County Sheriff, et al. 09C 1473

B. Approximate date of filing lawsuit: March 9, 2009

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Stevie Jackson

D. List all defendants: Supt. Thomas Div. 9, Tom dart, Salvador Godinez, Chief Moreci, SGt. Ross, E.R.T. Holmes

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court - Northern Dist of IL.

F. Name of judge to whom case was assigned: Judge Pallmeyer

G. Basic claim made: Cook County officers TAKING orthopaedic shoes.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition:

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

III List all Lawsuits you (and your co-plaintiffs, if any) have filed in any State or federal court in the United States:

A. Name of case and Docket Number: Stevie Jackson v. Thomas Dart, etc, et al 09 CV 2561

b. Approximate Date of filing Lawsuit: April 28, 2009

C. List all Plaintiffs (if you had co-plaintiffs) including Any Aliases: Stevie Jackson

D. List All Defendants: Tom Dart, Salvador Godinez Supt. Anderson, Supt. Div. 10 et al. Supt. Thomas Div. 9

E. Court in wich the Lawsuit was filed (if federal court, Name the District: if State court Name the County): U.S. District Court - Northern Dist of Illinois

F. Name of Judge to whom case was Assigned: Judge Pallmeyer

G. Basic claim made: Bad living conditions

H. Disposition of this case (for example: Was the case Dissmissed? Was it appealed? Is it still Pending?): Still Pending

I. Approximate date of disposition:

III List All Lawsuits you (and your Co-plaintiffs, if Any) have filed in any State or federal Court in the United States:

A. Name of case and Docket Number: Stevie Jackson v. Thomas Dart, et al. 09CV3173

b. Approximate date of filing lawsuit: May 27, 2009

c. List all Plaintiffs (if you had co-plaintiffs), Including Any Aliases: Stevie Jackson

D. List all Defendants: Tom Dart, Salvador Godinez, Supt. figliulo, LT. Tucker, SGT. Farris, LT. K. Johnson, SGT. mayer Hoffer, C/O Lebron, C/O Patel, Supt. Snooks, C/O price, Nurse Price, Dr. Dunlap

E. Court in Wich the lawsuit was filed (if federal court, Name of District; if State court, Name of county): U.S. District Court - Nothern Dist. of Illinois.

f. Name of Judge to whom case was Assigned: Judge Pallmeyer

G. Basic claim made: cook county sheriffs beating me up.

H. Disposition of Case (for example: was the case Dissmissed? Was it Appealed? is it still Pending?): Still Pending

I Approximate Date of Disposition:

III List all Lawsuits you (and your co-Plaintiffs, if any) have filed in any State or federal court in the United States:

A. Name of case and Docket Number: Stevie Jackson V. MS Gauthier, etc, et al 09C 3390

b. Approximate date of filing lawsuit: June 4, 2009

c. List all Plaintiffs (if you had co-plaintiffs), including Any Aliases: Stevie Jackson

D. List all Defendants: Supt. Div. 10 etal, Tom Dart, Salvador Godinez, ms. Gauthier, ms. Bowers, ms. Graham, Mr. morales, mr. Warren, mr. John Mulleller

E. Court in wich the lawsuit was filed (if federal court, Name of District; if state court, Name of county): U.S. District Court - Nothern Dist. of Illinois

f. Name of Judge to whom case was Assigned: Judge Pallmeyer

G. Basic claim made: filing bugus Disciplinary complaints And Criminal charges on me.

H. Disposition of case (for example: was the case Dismissed? Was it Appealed? Is it Still Pending?): Still pending

I. Approximate Date of Disposition:

III List all Lawsuits you (and your co-Plaintiffs, if any) have filed in any State or federal Court in the United States:

A. Name of case and Docket Number: Stevie Jackson v. Cook County, et al 09CV 3569

b. Approximate date of filing lawsuit: June 12, 2009

C. List all Plaintiffs (if you had co-plaintiffs), including Any Aliases: Stevie Jackson

D. List all Defendants: Cook County, Tom DArt, Salvador Godinez, Supt. RCDC. Intake RCDC, Supt. Anderson, Supt. Div. 10 et al, Supt. Thomas, Dr. Luke, Dr. Carrington, Dr. Stein, Dr. Williams

E. Court in wich the Lawsuit was filed (if federal Court, Name the District; if State court, Name of County): U.S. District Court - Northern Dist. of Illinois

f. Name of Judge to whom case was assigned: Judge Pallmeyer

G. Basic Claim Made: Not getting psych meds.

H. Disposition of this case (for Example: Was the case Dismissed? was it Appealed? Is it Still Pending?): Still Pending

I. Approximate Date of Disposition:

III List All Lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and Docket Number: Stevie Jackson v. cook county, et al. 09 C 04039

b. Approximate date of filing lawsuit: July 6, 2009

c. List all Plaintiffs (if you had co-plaintiffs), including any aliases: Stevie Jackson

D. List all Defendants: cook county, Tom Dart, Salvador Godinez, Supt. Anderson, Supt. Div. 10 et al, Supt. Thomas Div. 9, Dentist, female officers.

E. Court in wich the lawsuit was filed (if federal court, name the district; if state court, name the county):
U.S. Dist. Court - Northern Dist. of Illinois

f. Name of Judge to whom case was assigned:
Judge Pallmeyer

G. Basic claim made: Dentist Not fixing Bad teeth, female officers counting while showering or Naked in cell

H. Disposition of this case (for example: Was the case dismissed? was it appealed? Is it still Pending?):
Still pending

I. Approximate date of disposition:

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Stevie Jackson V. Thomas Dart, etc, et al 09C4081

B. Approximate date of filing lawsuit: June 7, 2009

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Stevie Jackson

D. List all defendants: Tom Dart, Salvador Godinez, Supt. Anderson, Supt. Div. 10 et al, Supt Thomas Div 9, Mr. Hinton, LT. Martinez

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court - Northern Dist of IL.

F. Name of judge to whom case was assigned: Judge Pallmey

G. Basic claim made: Harrassment - Being sent to seg Without a hearing

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: ______

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

# Grievance Procedure

I Grieved this Situation on many occassions.
I Gave the Grievances to the C.R.W. Person Assigned To my tier.
I Appealed the Grievanees that I was Allowed to Appeal. Nothing changed.
The Appeal (Grievance) Process IS No over.

1.

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

* Defendant: Cook County Employs the Cook County Correctional officers and the Internal Affairs officers. Cook County is Responsible for their officers actions and conduct.

* Defendant: Tom Dart is the sheriff of the cook County Jail. He's Responsible for the actions and Conduct of I.A.D. I wrote Numerous Letters to Mr. Dart Explaining that I.A.D. Would Not Respond to my letters about me being terrorized through out the county. Mr. Dart Never Responded to any of my letters.

* Defendant: Salvador Godinez is the Director of the Cook County Jail. He's Responsible for the Actions and conduct of I.A.D. I wrote Numerous letters to Mr. Godinez Explaining that I.A.D. would Not Respond to my letters about me being terrorized throughout the County. Mr. Godinez Never Responded to Any of My letters.

*Defendant: Supt. Div. 10 were Responsible for Not contacting I.A.D. on many occassions. I would send Letters to all the Div. 10 Supt. They would Never Respond No matter how much Danger I was in. The things that happened to me while in Div. 10 could have been prevented had Div. 10 Supt. Notified I.A.D.

*Defendant: Mr. Thomas was the Supt. Div. 9. I wrote Numerous Letters to Mr. Thomas asking him to Notify I.A.D. He Responded to None of my letters. I was treated very Recklessly while in Div. 9. The Incidents (between county officers and myself) in Div. 9 went un Reported to I.A.D

*Defendant: Investigator Earnst works for I.A.D He was Notified about a serious problem I was having in Div. 10 on Sept. 21, 07. Mr. Earnst Never Responded. It led to me being attacked in that same month. I needed Mr. Earnst help. He did Not care to help me. There was one Incident where Mr. Earnst was sent to Interview me on July 19, 2008. We talked for a couple of minutes after he came out of the captains office in Div. 10. He told me he would be coming back to talk with me about a May 2008 incident between Div. 10 officers and my self, but Mr. Earnst never Returned. The Harrassment only intensified After Mr. Earnst visit. Mr. Earnst should have conducted a Real investigation. In the short interview we had, Mr. Earnst clearly sided with the Div. 10 Correctional officers. No Documents about the investigation were ever given to me. I never heard another word About Mr. Earnst investigation. I still do Not Know the Results of the investigation.

* Defendant: John Stella came to interview me oct. OR Nov. of 2008 about an 8- -08 incident. In that interview, All they (He) did was talk to me about making things Right OR making Some kind of a deal to Not pursue OR Push the investigation. They (He) Asked me to kill the investigation that day. (I do Not have my paper work to show exactly what date MR. Stella came to interview me). I was in Div. 9 on the Day that MR. Stella came to Visit me. The Incident Pertained to Supt. Snooks of Div. 10

* Defendant: John Kerlin came to interview me oct. OR Nov. 2008 about an 8- -08 incident. In that interview, All He (they) did was talk to me about making things Right OR making Some kind of A deal to Not pursue OR push the investigation. He (they) Asked me to kill the investigation that day. (I do Not have my paper work to show exactly whate Date MR. Kerlin came to interview me). I was in Div. 9 on the Day that MR. Kerlin came to visit me. The Incident Pertained to Supt. Snooks of Div. 10.

* MR. Stella told me he would Return to interview me at a later date, He Never Returned. I was Never given Any kind of a investigation Report. I Never heard anything Else about the investigation. I still do not know the Results of the investigation.

* MR Kerlin told me he would Return to interview me at a later date, He never Returned. I was Never given any kind of a investigation Report. I Never heard anything else about the investigation. I still do Not Know the Results of the investigation.

Defendant: Capt. Martinez Responded to a grievance I wrote Pertaining to an Inmate Who had threated me with shanks (Home made knives) on many occassions. MR. Martinez Would Not contact I.A.D. No matter the Danger I was in. This Incident happened 2-25-08.

* Defendant: ms. fugate-Woods witnessed AN Inmate come After me ON 2-25-08 and did Not Report it to Her Supervisors OR I.A.D wich I did Request for her to do so. C/o fugate woods would Not contact her Supervisor OR I.A.D. No matter the Danger I was IN. Div. 10 7:Am to 3:pm

* Defendant: mR. Wright witnessed AN Inmate Come After me ON 2-25-08 and did Not Report it to his Supervisor OR I.A.D IN wich I did Request for him to do. C/o Wright Would Not contact his Supervisor OR I.A.D No matter the DANger I was IN. Div. 10 7:Am to 3:pm

* Defendant: LT. Earl Tucker Who most of my Grievances and Letters Requesting Assistance from I.A.D, were Never fowarded to I.A.D. Infact, I wasn't even allowed to Appeal the Grievances that were Responded to by LT. Tucker. I was always told O.P.R OR Somebody would be contacting me And I was to Wait and then Appeal if I wasn't Satified with their Response. Nevertheless I.A.D was Either Never Really contacted OR they Just didn't Respond. You'll see IN Grievance # 2008X0805, LT. Tucker Responded to this Grievance. I was Never allowed to talk to any one about this Incident. LT. Tucker Responded to the 2008X0569 Grievance. I.A.D Either was Never contacted or they Just did Not care to Respond. If you'll Notice, the Grievances LT. Tucker Responded to that Grieved Cook county correctional officers, Didn't Allow me to Appeal LT. Tucker's Response. Again I.A.D was Either Never contacted OR they Just didn't care to Respond No matter how much Danger And Harrassment I Recieved from Div. 10 Correctional Staff. These are The Grievances I have on hand that I was Not allowed

To Appeal LT. Tuckers Response Not did I.A.D 
come to speak to me. 2008X0804, 2008X0895 and 2008X0863. The Grievance 2008X0863 was written on LT. Tucker and LT. Tucker was Allowed to Respond to that Grievance. That was Not fair At All. I.A.D. Never Responded.

*Defendant: C.R.W. Supervisor, MR Warren Would Not Contact I.A.D No matter how much Danger I was in. I begged MR. Warren personally. He would Not Contact I.A.D for me. If you'll Notice in Grievance 2008X0863, 2008X0895, 2008X0805, They were all taken to LT. Tucker, Never the Superintendant and They Always Told me I had to Wait to Appeal because O.P.R would be Responding. MR. Warren Purposely made sure my Grievances Never made it To I.A.D.

* Defendant: ms. L. Hooper Would Not contact I.A.D for me. No matter the Danger I was facing, ms Hooper would Not help me. I wrote to ms. Hooper Asking for her to contact I.A.D. She told me I must be crazy to think she cared that much for me. You'll See I Requested to speak with I.A.D in the 2008X0804 Grievance ms Hooper Denied that Request personally.

*Defendant: ms. V. Alexander, (Asst. Admin) Denied contacting I.A.D when I Requested for her to do so. She told me it wasn't her business. Then she changed her story And said it wasn't her Call. As you'll see ms. Alexander Responded to the 2008X0804 Grievance. She Denied my Request to contact I.A.D

*Defendant: C.R.W. Ms Bowers would not contact I.A.D No matter how much Danger I was IN. I asked ms. Bowers over and over again to contact I.A.D. because of All the harrassment and other things that were happening to me IN DIV. 10. Ms. Bowers would Always tell me I Need to get my punk Ass Kicked. If you'll Notice Grievance 2008X0805, 2008X0569, 2008X0801, and many other Grievances cook county Jail has on their file, Ms Bowers was my C.R.W. Person. She was asked to contact I.A.D first. She would never do Anything to help me.

*Defendant: Ms. Graham was my C.R.W. Peron from 1-1-08 until 3-16-08, Through All the Harrassment And other DANGERS I went through while Ms. Graham was my C.R.W. Person, She Would Not Contact I.A.D. No matter the DANGER I was facing. You'll see I Submitted Grievances to Ms Graham Needing I.A.D to Step IN yet, Ms. Graham would Not contact them for me.

*Defendant: MR. Mueller was one of the Supervising C.R.W. Persons. No matter the Danger I was facing, Mr. Mueller would Not contact I.A.D for me. I wrote Numerous letters to mR. Mueller Requesting that he contact I.A.D. for me. He never Responded to Any of my letters.

These Defendants And I.A.D cared Nothing about my Safety. They Allowed the Harrassment and the beatings to continue to happen to me. I.A.D Never Responded to Any of my Letters.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would Like for this Honorable Court to Thourough-ly Investigate this matter and find All the Defe-ndants in this Complaint Guilty. Then I would like to be compensated 3million dollars for All That was allowed to be done to me.

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 17 day of July, 2009

Stevie Jackson
(Signature of plaintiff or plaintiffs)

Stevie Jackson
(Print name)

B63752
(I.D. Number)

P.O. box 112 Joliet IL. 60434

(Address)